IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF

PENNSYLVANIA

UNITED STATES OF AMERICA

    VS                                            CRIM   01-6   ERIE

DONALD TURNER   (3)

ORDER OF COURT

AND NOW, to with, this ___27th___ day of October, 2005, it appearing to the Court that further proceedings cannot be held in the above entitled case for the reason that the defendant is a fugitive.

IT IS HEREBY ORDERED THAT: said case be and the same is hereby returned to the Clerk until such time as action by the Court may be required.

                                                                    Maurice B. Cohill, Jr.
                                                                      SENIOR DISTRICT JUDGE

Copies to:  Counsel of Record