IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 01-6 Erie |
| ) | |
| DONALD TURNER ) | |

## ORDER OF COURT

AND NOW, upon consideration of the Motion for an Order Directing the United States Marshal to Provide Noncustodial Transportation to the Defendant for the Hearing Set for Friday, June 3, 2011, and the Court's finding that the Defendant is financially unable to provide the necessary transportation, it is ORDERED, ADJUDGED AND DECREED that the motion is granted;

It is FURTHER ORDERED that the United States Marshal shall arrange for noncustodial transportation both to Pittsburgh, Pennsylvania, and back to Erie, Pennsylvania, and the fare for such transportation, and in addition, the United States Marshal shall furnish the defendant with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under §5702(a) of Title 5, United States Code; it is FURTHER ORDERED that such expenses be paid by the United States Marshal out of funds authorized by the Attorney General for such expenses.

GARY L. LANCASTER
Chief United States District Judge

5/25/11